**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 08-cv-02515-LTB

BOARD OF COUNTY COMMISSIONERS OF EAGLE COUNTY, STATE OF COLORADO,

    Plaintiff,

v.

MATHEW KOPRIVNIKAR, JR.;
DANIEL F.KOPRIVNIKAR;
KATHERINE KOPRIVNIKAR;
ESTHER L. KLATT;
MABEL T. EATON;
THE UNITED STATES OF AMERICA;
CHAMP C. SCOTT;
MAY B. SCOTT;
GEORGE E. AUCLAIR;
BOBBIE AUCLAIR; and\
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Notice of Dismissal of Defendant United States of America (Doc 6 - filed November 30, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED as to Defendant United States of America only,** each party to pay their own fees and costs.

                                                    BY THE COURT:

                                                      s/Lewis T. Babcock
                                                    Lewis T. Babcock, Judge

DATED: December 4, 2008