**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02515-LTB

BOARD OF COUNTY COMMISSIONERS OF EAGLE COUNTY, STATE OF COLORADO,

    Plaintiff,

v.

MATHEW KOPRIVNIKAR, JR.;
DANIEL F.KOPRIVNIKAR;
KATHERINE KOPRIVNIKAR;
ESTHER L. KLATT;
MABEL T. EATON;
THE UNITED STATES OF AMERICA;
CHAMP C. SCOTT;
MAY B. SCOTT;
GEORGE E. AUCLAIR;
BOBBIE AUCLAIR; and\
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER
OF THIS ACTION,

    Defendants.
_____

**ORDER**
_____

This quiet title action is before me on Plaintiff's Motion to Remand [Docket # 7]. This case originally named the United States as a Defendant and was removed from Eagle County District Court on that basis. The case was dismissed as to the United States on December 4, 2008 [Docket # 9]. Plaintiff now seeks to remand this matter back to the Eagle County District Court for lack of subject matter jurisdiction under 28 U.S.C. § 1447(c).

In federal court, the plaintiff is considered the "master of the claim." *Karnes v.*

*Boeing Co.*, 335 F.3d 1189, 1192 (10th Cir. 2003).  As such, where the plaintiff seeks to remand to state court for lack of subject matter jurisdiction, the burden is on the defendant to show federal jurisdiction by a preponderance of the evidence.  Id. at 1194.  Defendants do not object to remand.

  Accordingly, IT IS ORDERED that Plaintiff's Motion to Remand [Docket # 7] is GRANTED, and this case shall be remanded to the District Court for Eagle County, Colorado.

  Dated: December 27, 2008.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge